Copy 1   Date 11-2-10

ORDER:
Motion denied.
John Bryant,
USMJ

File #01

# UNITED STATES DISTRICT COURT
## FOR THE Middle DISTRICT of TENNESSEE
### Nashville Division

Steven D. Blair          No, 3:12-0631
          Plaintiff      Judge Trauger/Bryant

          v

DR. F/N/U LOGAN, et al.,       **RECEIVED**
          Defendants           **IN CLERK'S OFFICE**

          Filing               NOV 06 2012

          a Moston for all my  **U.S. DISTRICT COURT**
                               **MID. DIST. TENN.**

~~Fourt Doctoro~~ Deman's to Be ganted.

          ON gounds of herassment By
          other grauds, and still Being
          Derid Medical By a outside
Dr, That I Don't have a confict with
IN This case, They sent me To a
Ner Dr, Not a Orthopedics DR, I should
Be seeing a Orthopedics DR, and on
a ~~good~~ gaurd Name ~~Coott~~ Carlton
on 2nd shift came IN My Cell and
Told me, I Need To Stop sueing people
This happen IN front of all my
Cell mate on The week of 25-29
not sure what Date. There are
7 people IN My Cell at The Time
These people ~~~~ Saw it with me. They Keep