cop+ 1   Date 11-2-10                ORDER:
                                     motion denied.
                                     John Bryant,
file #01    UNITED STATES DISTRICT COURT      USMJ
           For The Middle District of Tennessee
              Nashville Division

           Steven D. Blair         No, 3:12-0631
               Plaintiff           Judge Trauger/Bryant
                  V
           DR. F/N/U Logan, et al.,    RECEIVED
               Defendants            IN CLERK'S OFFICE
               Filing                  NOV 06 2012
               a Motion for all my    U.S. DISTRICT COURT
                                      MID. DIST. TENN.
           ~~Fetired Doctors~~ Deman's to Be ganted.

           on gaurd's of herassment By
           other ~~gauds~~ gaurd's, and still Being
           Denid Medical By a outside
           Dr, That I don't have a confict with
           IN This case, They sent me To a
           Ner Dr, Not a Orthopedies Dr, I should
           Be seeing a Orthopedies Dr. and on
           a ~~guard~~ gaurd Name ~~Capt~~ Carlton
           on 2nd shift came IN my cell and
           Told me, I need To Stop suing people
           This happen IN front of all my
           cell mate on The week of 25-29
           not sure what Date. There are
           7 people IN my Cell at The Time
           ~~The~~ ~~case 2:12-00631 Document #7 Filed 11/06/12 Page 1 of 3 PageID #:11~~ They Keep
                                                           No